*Hardeman & Hardeman, M. C. Barwick, R. G. Price,* for defendants.

---

### 16287.   PARKER *v.* THE STATE.

LUKE, J. The evidence amply authorized the defendant's conviction of manslaughter. None of the special grounds of the motion for a new trial, which have the approval of the trial judge, show reversible error. The charge of the court, when read in its entirety, was full and fair.

The defendant has had a legal trial, and the court properly overruled the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED APRIL 21, 1925.

Indictment for murder—conviction of manslaughter; from Gilmer superior court—Judge Blair. January 17, 1925.

*A. H. Burtz, William Butt,* for plaintiff in error.

*John S. Wood, solicitor-general, Morris, Hawkins & Wallace,* contra.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*